UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD C. HATTEN, as Personal Representative of the Estate of LOWELL C. HATTEN,<br><br>            Plaintiff,<br><br>       v.<br><br>BW/IP INTERNATIONAL, INC. et al.,<br><br>            Defendants. | No.  4:CV-14-5045-EFS<br><br>**ORDER DISMISSING CASE** |

On September 30, 2015, the parties filed a Joint Motion to Dismiss, ECF No. 67. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Joint Motion to Dismiss, **ECF No. 67**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** This filed shall be **CLOSED.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this   1st   day of October 2015.

                      s/Edward F. Shea
                      EDWARD F. SHEA
             Senior United States District Judge

Q:\EFS\Civil\2014\5045.stip.dism.lc1.docx

ORDER DISMISSING CASE - 1